Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JIMMIE ALLISON PERRYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JIMMIE ALLISON PERRYMAN,<br><br>            Defendant. | No. 2:09-MJ-00206-KJM<br><br>STIPULATION AND ORDER:<br>EXCLUSION OF TIME |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for plaintiff, and MICHAEL E. HANSEN, attorney for defendant JIMMIE ALLISON PERRYMAN, that the previously-scheduled preliminary hearing date of September 28, 2009, be vacated and the matter set for preliminary hearing on October 20, 2009, at 2:00 p.m.

This continuance is requested to allow the parties to continue to engage in plea agreement negotiations.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 20, 2009, should be excluded in

/ / / / /

/ / / / /

/ / / / /

1 computing time within which trial must commence under the Speedy Trial Act, pursuant to
2 Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: September 24, 2009                                  Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JIMMIE ALLISON PERRYMAN

Dated: September 24, 2009

/s/ Michael E. Hansen for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: September 25, 2009                                  /s/ Gregory G. Hollows
                                                           GREGORY G. HOLLOWS
                                                           United States Magistrate Judge