1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  Mag. 09-0206 KJM
12            Plaintiff,          )
                                  )  STIPULATION AND
13                                )  ORDER CONTINUING PRELIMINARY
       v.                         )  HEARING
14                                )
   JIMMIE ALLISON PERRYMAN,       )
15                                )
              Defendant.          )
16 _____)

17

18      IT IS HEREBY STIPULATED between Plaintiff United States of

19 America, by and through Assistant United States Attorney Todd D.

20 Leras, and Attorney Michael E. Hansen, Counsel for Defendant

21 Jimmie Perryman, that the preliminary hearing scheduled for

22 January 20, 2010, be continued to February 17, 2010, at 2:00 p.m.

23      Defendant and the government are discussing possible pre-

24 indictment resolution of this matter.  Defense counsel has

25 requested additional discovery which he believes will assist with

26 potential early resolution.  In light of the settlement

27 discussions, both parties are requesting additional time for

28 attorney preparation.

                                  1

1       The government and defendant agree that the settlement

2  discussions constitute good cause to extend the time for

3  preliminary hearing under Federal Rules of Criminal Procedure and

4  5.1(d), as well as under the Speedy Trial Act, 18 U.S.C.

5  § 3161(h)(7)(B)(iv).  This exclusion of time includes the period

6  up to and including February 17, 2010.

7       Michael Hansen agrees to this request and has authorized

8  Assistant United States Attorney Todd D. Leras to sign this

9  stipulation on his behalf.

10

11  DATED: January 20, 2010          By: /s/ Todd D. Leras
                                         TODD D. LERAS
12                                       Assistant U.S. Attorney

13

14  DATED: January 20, 2010          By: /s/ Todd D. Leras for
                                         MICHAEL E. HANSEN
15                                       Attorney for Defendant
                                         JIMMIE ALLISON PERRYMAN
16

17

18

19

20

21

22

23

24

25

26

27

28

1    **IT IS HEREBY ORDERED:**

2        1.    The preliminary hearing set for January 20, 2010, is

3    continued to February 17, 2010, at 2:00 p.m.

4        2.    Based on the stipulations and representations of the

5    parties, the Court finds good cause to extend the time for the

6    preliminary hearing, and time is excluded up to and including

7    February 17, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

8    T4 (reasonable time to prepare)).

9        IT IS SO ORDERED.

10

11   Date: January 20, 2010.

12

13

14   _____
     U.S. MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28